IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD D. SWEAT,

                                                    No. CV-08-4785 MMC (PR)

          Petitioner,

    v.                                    **JUDGMENT IN A CIVIL CASE**

TOM FELKER, Warden,

          Respondent.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED for lack of subject matter jurisdiction. Such dismissal is without prejudice to petitioner's filing a petition for a writ of habeas corpus once he has exhausted state remedies.

Dated: November 17, 2008                    Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: Tracy Lucero
                                            Deputy Clerk